**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JUSTIN CRIDDLE**                                                                          **PLAINTIFF**

**V.**                                                               **CIVIL ACTION NO.:  3:07-CV-335**

**MEDTRONIC, INC.**                                                   **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

All claims against Defendant Medtronic, Inc. having been fully and finally resolved, final judgment is hereby rendered in favor of Medtronic, Inc.

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2007.

                                                                             s/ *Daniel P. Jordan III*
                                                                             UNITED STATES DISTRICT JUDGE

s/ Samuel C. Martin
Samuel C. Martin, MSB # 101480
Attorney for Plaintiff

s/Joshua J. Metcalf
Joshua J. Metcalf, MSB #100340
Attorney for Medtronic, Inc.